# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | | |
|---|---|---|
| J. PAUL MCHENRY, individually and on behalf of all others similarly situated | Case No. | 3:22-cv-00287 |
| v. | | |
| ADVENT HEALTH PARTNERS, INC. | Judge | Eli J. Richardson |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, David K. Lietz hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for J. Paul McHenry.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the Bar of the District of Columbia. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Adam A. Edwards, Milberg Coleman Bryson Phillips Grossman, PLLC, 800 S. Gay Street, Suite 1100, Knoxville, TN 37929, (865) 247-0080, aedwards@milberg.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ David K. Lietz  Signature

Name: David K. Lietz

State where admitted and State Bar Number: District of Columbia, Bar No. 430557

Business Address: 5335 Wisconsin Ave. NW, Suite 440, Washington, D.C. 20015-2052

Local Address [if different from above]:

Phone: 866-252-0878

Email: dlietz@milberg.com

# **CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I, David K. Lietz, certify that on April 29, 2022, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

Adam A. Edwards aedwards@milberg.com

by operation of the court's electronic filing system.

\*\*FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.]



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *David K Lietz*

was duly qualified and admitted on November 5, 1991 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 1, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.