UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J. PAUL MCHENRY,<br><br>    Plaintiff,<br>v.<br><br>ADVENT HEALTH PARTNERS, INC.,<br><br>    Defendant. | Case No. 3:22-cv-00287<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On October 26, 2022, the parties filed a joint notice of settlement and moved to cancel the case management conference set on October 28, 2022. (Doc. No. 29). The motion is GRANTED. The case management conference is CANCELLED. The parties shall file a motion for preliminary approval of the class action settlement by November 16, 2022.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge