UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J. Paul McHenry, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Advent Health Partners, Inc.,<br><br>    Defendant. | Case No. 3:22-cv-287<br><br>Judge Eli Richardson<br>Magistrate Judge Alistair E. Newbern |

**PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

COMES NOW Plaintiff, J. Paul McHenry, through his undersigned counsel, request final approval for class action settlement. In support of this request, Plaintiff states and presents the following:

1. The terms of Settlement are set forth in the Settlement Agreement and Release dated March 31, 2023, attached as "Exhibit 1" to Plaintiffs' Memorandum of Law in Support of Their Unopposed Motion for Final Approval of the Class Action Settlement (the "Memorandum"), filed contemporaneously herewith.

2. The relief sought in this Motion is supported by the Memorandum and the Declaration of Settlement Administrator Regarding Notice of Class Action Settlement.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court enter the proposed Order Granting Final Approval of the Class Action Settlement.

1

DATED: March 31, 2023                    Respectfully Submitted,

s/David K. Lietz
David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015
Telephone: 866-252-0878
Facsimile: 202-686-2877
dlietz@milberg.com

Adam A. Edwards (BPR No. 23253)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0080
Facsimile: 865-522-0049
aedwards@milberg.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com

Nicholas A. Migliaccio (admitted *pro hac vice*)
Jason S. Rathod (admitted *pro hac vice*)
**MIGLIACCIO & RATHOD, LLP**
412 H Street, NE, Suite 302
Washington, DC 20002
Telephone: 202-470-520
Facsimile: 202-800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Admitted pro hac vice*

*Counsel for Plaintiff and the Putative Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2023, the following documents were filed via the Court's ECF system:

- Plaintiff's Motion for Final Approval of Class Action Settlement;

- Memorandum In Support of Plaintiff's Motion for Final Approval of Class Action Settlement; and

- Declaration of Settlement Administrator Regarding Notice of Class Action Settlement

which caused a true and correct copy of the above to be served electronically via the Court's electronic case filing system to:

Adam A. Edwards
Milberg Coleman Bryson Phillips Grossman
800 S. Gay Street
Suite 1100
Knoxville, TN 37929

Amanada Nicole Harvey
Mullen Coughlin LLC
1452 Hughes Road
Suite 200
Grapevine, TX 70651

Rocklan W. King, III
Adams and Reese LLP
1600 West End Avenue
Suite 1400
Nashville, TN 37203

Gary M. Klinger
Milberg Grossman Bryson Phillips Grossman
227 W. Monroe Street
Suite 2100
Chicago, IL 60606

David K. Lietz
Milberg Grossman Bryson Phillips Grossman
5335 Wisconsin Avenue NW
Suite 440
Washington, DC 20015

Claudia Drennen McCarron
Mullen Coughlin LLC
426 W. Lancaster Avenue
Suite 200
Devon, PA 19333

Nicholas A. Migliaccio
Migliaccio & Rathod LLP
412 H Street, NE
Suite 302
Washington, DC 20002

Jason S. Rathod
Migliaccio & Rathod LLP
412 H Street, NE
Suite 302
Washington, DC 20002

Laura Yuen
Minnesota Public Radio
480 Cedar Street
St. Paul, MN 55101

/s/ David K. Lietz
David K. Lietz (admitted *pro hac vice*)

3