IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| J. PAUL MCHENRY,<br>*individually and on behalf of all others similarly situated* | )<br>)<br>)<br>) | |
| | ) | NO. 3:22-cv-00287 |
| Plaintiff, | )<br>) | JUDGE RICHARDSON |
| v. | )<br>) | |
| ADVENT HEALTH PARTNERS, INC., | )<br>) | |
| Defendant. | | |

## **ORDER**

Pending before the Court is Plaintiff's motion for attorneys' fees, costs, and expenses and service award for class representative. (Doc. No. 37, "Motion"). Defendant has not filed a response in opposition to the motion. The motion requests that the Court approve attorneys' fees and costs in the combined amount of $255,000 and a service award for Plaintiff in the amount of $1,500. As discussed at the fairness hearing on April 17, 2023, and consistent with the Court's final approval of the class action settlement, the Motion at Doc. No. 37 is GRANTED.

IT IS SO ORDERED.

                                                                                         *Eli Richardson*
                                                                                        ELI RICHARDSON
                                                                                        UNITED STATES DISTRICT JUDGE